RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 BRIDGER AVENUE SUITE 820
LAS VEGAS, NEVADA 89101
(702) 853-4500

RECEIVED AND FILED
2014 AUG 22 PM 2 00
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| IN RE: | ) | BK-S-13-16696-MKN |
| --- | --- | --- |
| GARCIA, EDGAR F | ) | Chapter 13 |
| | ) | NOTICE OF UNCLAIMED FUNDS |

TO:   Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS613300 |
| --- | --- | --- | --- |
| 00 | EDGAR GARCIA<br>2630 SANDY LANE<br>LAS VEGAS NV 89115 | | |
| | | | $5066.25 |
| | Totals | | $5066.25 |

Date: 8/18/2014          RICK A. YARNALL, TRUSTEE 

Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than
       $25.00 go into CAS 613300. The amounts that are to be deposited into the registry
       can be written on one check.

   Reason: Unable to locate debtor. Debtor did not turn in Change of Address form.

# 218767 $ 5066.25