1

**UNITED STATES BANKRUPTCY COURT**

2

**DISTRICT OF NEVADA**

3   In re: EDGAR F. GARCIA                    )
                                             )        BK- 13-16696-mkn
4                                            )        Chapter 13
                                             )
5                                            )        Hearing Date:  N/A
                        Debtor               )        Hearing Time: N/A
6   _____                )

7

**DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS**

8   The request for payment of Unclaimed Funds that was submitted by Edgar F Garcia   has been found

9   deficient.  The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office.  If the

10  following deficiencies are remedied, an order will be forwarded to the judge.

11
          ____    Motion to Payment of Unclaimed Funds.
12        ____    Affidavit for reimbursement.
          _X_     Affidavit of service to the U.S. Attorney.
13        ____    Limited power of attorney or assignment.
          ____    Fee agreement required by local rule 3011(a)(1)(B)
14        ____    Supporting documentation required (see comments)
          _X_     Photocopy of current identification
15        ____    Address does not match on notice of unclaimed funds.
          ____    Fees have been paid out previously on schedule #_____
16        ____    Other _____
          _____
17
    Comments: Please provide current photo proof of address for 2630 Sandy Lane. The Affidavit of service
18  needs to be filled out.

19
    Unless otherwise  noted, the original documentation has been filed and docketed.  **Your request cannot**
20  **be processed until this documentation is filed with the court.**

21  If you have any questions, contact the Unclaimed Funds Department at (702) 527-7086 or

22  Financial@nvb.uscourts.gov

    Date: 11/10/2014
23
                                  Karina Magallanes
24                                Deputy Clerk

25

**CERTIFICATE OF MAILING**

26  I certify that a copy of this notice was mailed to the submitting parties listed above on, 11/11/2014

27  by K.Magallanes.

28
    Updated 11/09